```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 13-01352-RNO
Daniel Lee Feaser                                                   Chapter 13
Dana Marie Feaser
        Debtors                     **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: DGeorge              Page 1 of 1              Date Rcvd: Nov 07, 2017
                               Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4848698        E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2017 18:55:10      Ditech Financial LLC,
               P.O. Box 6154,   Rapid City, SD 57709-6154,   Ditech Financial LLC,   P.O. Box 6154,
               Rapid City, SD 57709-6154
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2017 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Daniel Lee Feaser DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 2 Dana Marie Feaser DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor    CitiMortgage, INC. jschalk@barley.com,
               sromig@barley.com
              Matthew Gregory Brushwood    on behalf of Creditor    CitiMortgage, INC. pamb@fedphe.com
              Regina Cohen    on behalf of Creditor    Ally Financial f/k/a GMAC rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Steven C Gould    on behalf of Creditor    PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-01352-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Daniel Lee Feaser
4115 Carrington Court West
Mechanicsburg PA 17050

Dana Marie Feaser
4115 Carrington Court West
Mechanicsburg PA 17050

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/06/2017.

Name and Address of Alleged Transferor(s):

Claim No. 23: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154, Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154

Name and Address of Transferee:

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  11/09/17

Terrence S. Miller
**CLERK OF THE COURT**