Certificate Number: 13858-PAM-DE-030338180

Bankruptcy Case Number: 13-01352



13858-PAM-DE-030338180

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 21, 2017</u>, at <u>6:08</u> o'clock <u>PM EST</u>, <u>Daniel Feaser</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>December 21, 2017</u>          By:    <u>/s/Sheila Anderson</u>

                                        Name:  <u>Sheila Anderson</u>

                                        Title: <u>Counselor</u>

Certificate Number: 13858-PAM-DE-030338181

Bankruptcy Case Number: 13-01352



13858-PAM-DE-030338181

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 21, 2017</u>, at <u>6:08</u> o'clock <u>PM EST</u>, <u>Dana Feaser</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>December 21, 2017</u>        By:   <u>/s/Sheila Anderson</u>

 

Name:   <u>Sheila Anderson</u>

 

Title:   <u>Counselor</u>