```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 13-01352-RNO
Daniel Lee Feaser                                                       Chapter 13
Dana Marie Feaser
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-1          User: DGeorge                 Page 1 of 3              Date Rcvd: Nov 07, 2018
                              Form ID: 3180W               Total Noticed: 64


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2018.
db/jdb        +Daniel Lee Feaser,    Dana Marie Feaser,    4115 Carrington Court West,
                Mechanicsburg, PA 17050-9140
cr            +Ditech Financial LLC,    14841 Dallas Parkway, Suit 300,    Dallas, TX 75254-7883
cr            +PA Department of Revenue,    Office of Attorney General,    15th Floor - Strawberry Square,
                Harrisburg, PA 17120-0001
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
4346362       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
4279246       +CNH CAPITAL,    100 BRUBAKER AVENUE,    NEW HOLLAND, PA 17557-1661
4279248        COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                HARRISBURG, PA 17121-0946
4279249        COMMONWEALTH OF PA,    DEPT OF REV, BUREAU OF COMPLIANCE,    PO BOX 280947,
                HARRISBURG, PA 17128-0947
4379794        CitiMortgage, Inc.,    P O Box 6030,    Sioux Falls, SD 57117-6030
4279251       +FNB OMAHA,    1620 DODGE STREET,    OMAHA, NE 68197-0003
4296670       +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha, NE 68197-0002
4444820        Freysinger Pontiac,    6521 Carlisle Pike,    Mechanicsburg, PA 17050-5234
4444821        Freysinger Pontiac,    6521 Carlisle Pike,    Mechanicsburg, PA 17050-5234,   Freysinger Pontiac,
                6521 Carlisle Pike,    Mechanicsburg, PA 17050-5234
4279252        GECRB/HUSTLER TURF,    PO BOX 965035,    ORLANDO, FL 32896-5035
4279253       #HFC-USA,    PO BOX 1231,    BRANDON, FL 33509-1231
4279256        JOHN DEERE FINANCIAL,    PO BOX 5327,    MADISON, WI 53705-0327
4279261        STAPLES CREDIT PLAN,    PO BOX 6403,    SIOUX FALLS, SD 57117-6403
4988918       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
4988919       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4347142       +SpringCastle Finance Funding, LLC and,    Wilmington Trust, National Association,    PO Box 12907,
                Norfolk, VA 23541-0907
4279264        THD/CBNA/BANKRUPTCY,    C/O THD,    PO BOX 6497,    SIOUX FALLS, SD 57117-6497
4492243        eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: GMACFS.COM Nov 08 2018 00:13:00      Ally Financial f/k/a GMAC,    P.O. Box 130424,
                Roseville, MN 55113-0004
cr             E-mail/Text: bankruptcy@bbandt.com Nov 07 2018 19:09:20      BB&T,    BB&T, Bankruptcy Section,
                P.O. Box 1847,    Wilson, NC 27894
cr            +EDI: BASSASSOC.COM Nov 08 2018 00:13:00      ECAST Settlement Corporation,
                c/o Bass & Associates, P.C.,    Mary Vanatta, Admin. Assistant,    3936 E Ft. Lowell Rd Ste 200,
                Tucson, AZ 85712-1083
cr            +EDI: PRA.COM Nov 08 2018 00:13:00      PRA Receivables Management LLC,    PO Box 41067,
                Norfolk, VA 23541-1067
cr             EDI: RECOVERYCORP.COM Nov 08 2018 00:13:00      Recovery Management Systems Corporation,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
cr            +E-mail/Text: bncmail@w-legal.com Nov 07 2018 19:09:33      TD Bank USA, N.A.,
                c/o Weinstein & Riley, P.S,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
4279235        EDI: MERRICKBANK.COM Nov 08 2018 00:13:00      ADVANTA,    PO BOX 9217,
                OLD BETHPAGE NY 11804-9017
4279236       +EDI: GMACFS.COM Nov 08 2018 00:13:00      ALLY,    PO BOX 130424,    ROSEVILLE, MN 55113-0004
4279237       +EDI: AMEREXPR.COM Nov 08 2018 00:13:00      AMEX,    PO BOX 297871,
                FORT LAUDERDALE, FL 33329-7871
4286988        EDI: MERRICKBANK.COM Nov 08 2018 00:13:00      Advanta Bank Corporation,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
4288930        EDI: GMACFS.COM Nov 08 2018 00:13:00      Ally Financial,    PO Box 130424,
                Roseville, MN 55113-0004
4343978        EDI: BECKLEE.COM Nov 08 2018 00:13:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                POB 3001,    Malvern PA 19355-0701
4279238       +EDI: CAPITALONE.COM Nov 08 2018 00:13:00      CAP1/BSTBY,    PO BOX 5253,
                CAROL STREAM, IL 60197-5253
4279239        EDI: CAPITALONE.COM Nov 08 2018 00:13:00      CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,
                PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4279240       +EDI: WFNNB.COM Nov 08 2018 00:13:00      CB/LNBRYNT,    PO BOX 182789,    COLUMBUS, OH 43218-2789
4279241       +EDI: WFNNB.COM Nov 08 2018 00:13:00      CB/PTRYBRN,    PO BOX 182789,    COLUMBUS, OH 43218-2789
4279242       +E-mail/Text: dehartstaff@pamd13trustee.com Nov 07 2018 19:09:39       CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4279243       +EDI: CHASE.COM Nov 08 2018 00:13:00      CHASE,    800 BROOKSEDGE BLVD,
                WESTERVILLE, OH 43081-2822
4279244       +EDI: CHASE.COM Nov 08 2018 00:13:00      CHASE BESTBUY,    ACCOUNT INQUIRIES,    PO BOX 15298,
                WILMINGTON, DE 19850-5298
4279245       +EDI: CIAC.COM Nov 08 2018 00:13:00      CITIMORTGAGE INC,    1000 TECHNOLOGY DR,
                O’FALLON, MO 63368-2240
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4279247        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Nov 07 2018 19:09:49      COMM OF PA DEPT L&I,
               READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,    READING, PA 19602-1152
4343845        EDI: BL-BECKET.COM Nov 08 2018 00:13:00      Capital One NA,   c/o Becket and Lee LLP,
               POB 3001,    Malvern PA 19355-0701
4291408       +EDI: BASSASSOC.COM Nov 08 2018 00:13:00      Capital One, N.A.,    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
4279250       +EDI: DISCOVER.COM Nov 08 2018 00:13:00      DISCOVER FINANCIAL SERVICES LLC (p),    PO BOX 3025,
               NEW ALBANY, OH 43054-3025
4282134        EDI: DISCOVER.COM Nov 08 2018 00:13:00      Discover Bank,    DB Servicing Corporation,
               PO Box 3025,    New Albany, OH  43054-3025
4848697        E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2018 19:09:21      Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154
4848698        E-mail/Text: bankruptcy.bnc@ditech.com Nov 07 2018 19:09:21      Ditech Financial LLC,
               P.O. Box 6154,    Rapid City, SD 57709-6154,    Ditech Financial LLC,    P.O. Box 6154,
               Rapid City, SD 57709-6154
4279254        EDI: IRS.COM Nov 08 2018 00:13:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
4279257       +EDI: CBSKOHLS.COM Nov 08 2018 00:13:00      KOHLS/CAPONE,    COLLECTION DEPARTMENT,    PO BOX 3084,
               MILWAUKEE, WI 53201-3084
4279258       +E-mail/Text: unger@members1st.org Nov 07 2018 19:09:43      MEMBERS 1ST FCU,    5000 LOUISE DR,
               PO BOX 40,    MECHANICSBURG, PA 17055-0040
4335462        EDI: PRA.COM Nov 08 2018 00:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4493604        EDI: PRA.COM Nov 08 2018 00:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541
4493605        EDI: PRA.COM Nov 08 2018 00:13:00      Portfolio Recovery Associates, LLC,    POB 41067,
               Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
4279259       +E-mail/Text: bankruptcynotices@psecu.com Nov 07 2018 19:09:41      PSECU,   PO BOX 67013,
               HARRISBURG, PA 17106-7013
4291522        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2018 19:09:29
               Pennsylvania Department Of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
4309777        EDI: Q3G.COM Nov 08 2018 00:13:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA  98083-0788
4279260       +E-mail/Text: bk@rgsfinancial.com Nov 07 2018 19:09:14      RGS FINANCIAL,    PO BOX 852039,
               RICHARDSON, TX 75085-2039
4285549        EDI: RECOVERYCORP.COM Nov 08 2018 00:13:00      Recovery Management Systems Corporation,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
4279263       +EDI: WTRRNBANK.COM Nov 08 2018 00:13:00      TARGET N.B.,    PO BOX 673,
               MINNEAPOLIS, MN 55440-0673
4313760       +E-mail/Text: bncmail@w-legal.com Nov 07 2018 19:09:33      TD BANK USA, N.A.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4348090        EDI: ECAST.COM Nov 08 2018 00:13:00      eCAST Settlement Corporation SUCCESSOR to Target,
               National Bank,    POB 29262,    New York NY 10087-9262
                                                                                               TOTAL: 41

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Members 1st Federal Credit Union
cr*           +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
               Tucson, AZ 85712-1083
cr*           +Ditech Financial LLC,   PO BOX 6154,    RAPID CITY, SD 57709-6154
cr*            ECast Settlement Corporation,    PO Box 28136,    New York, NY  10087-8136
cr*           +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
4279255*       IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,    PHILADELPHIA, PA 19101-7346
4492244*       eCAST Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
4279262       ##SUSQUEHANNA BANK (MAIN OFFICE),    PO BOX 639,    MAUGANSVILLE, MD 21767-0639
                                                                              TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2018 at the address(es) listed below:

```
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 2 Dana Marie Feaser DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor 1 Daniel Lee Feaser DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Joseph P Schalk    on behalf of Creditor   CitiMortgage, INC. jschalk@barley.com,
               sromig@barley.com
              Matthew Gregory Brushwood    on behalf of Creditor   CitiMortgage, INC. pamb@fedphe.com
              Regina Cohen    on behalf of Creditor   Ally Financial f/k/a GMAC rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Steven C Gould    on behalf of Creditor   PA Department of Revenue sgould@attorneygeneral.gov,
               dbiller@attorneygeneral.gov
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Daniel Lee Feaser** | Social Security number or ITIN xxx–xx–6842 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dana Marie Feaser** | Social Security number or ITIN xxx–xx–3608 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:13–bk–01352–RNO** | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Daniel Lee Feaser                                    Dana Marie Feaser

**By the court:**

November 7, 2018                          *[signature]* Robt N. Opel II

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: DGeorge, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

---

Form 3180W                              **Chapter 13 Discharge**                                 page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**