# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

DANIEL LEE FEASER  Case No.: 1-13-01352-RNO
DANA MARIE FEASER  Chapter 13
    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 23 |
| Last Four of Loan Number: | 4967 |
| Property Address if applicable: | 4115 CARRINGTON COURT WEST, MECHANICSBURG, PA 17050 |

**PART 2:**     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

a. Allowed prepetition arrearages:      $4295.20
b. Prepetition arrearages paid by the Trustee:      $4295.20
c. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c):      $0.00
d. Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:      $0.00
e. Allowed postpetition arrearage:      $0.00
f. Postpetition arrearages paid by the Trustee:      $0.00
g. Total b, d, f:      $4,295.20

**PART 3:**     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**     **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 20, 2018                      Respectfully submitted,

                                               <u>s/ Charles J. DeHart, III, Trustee</u>
                                               Standing Chapter 13 Trustee
                                               Suite A, 8125 Adams Drive
                                               Hummelstown, PA 17036
                                               Phone: (717) 566-6097
                                               Fax: (717) 566-8313
                                               eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

DANIEL LEE FEASER  Case No.: 1-13-01352-RNO
DANA MARIE FEASER  Chapter 13
  Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| DOROTHY L MOTT LAW OFFICE, LLC<br>D/B/A MOTT & GENDRON LAW<br>125 STATE STREET<br>HARRISBURG PA, 17101- | SERVED ELECTRONICALLY |
| SPECIALIZED LOAN SERVICING LLC<br>8742 LUCENT BLVD, SUITE 300<br>HIGHLANDS RANCH, CO, 80129 | SERVED BY 1ST CLASS MAIL |
| DANIEL LEE FEASER<br>DANA MARIE FEASER<br>4115 CARRINGTON COURT WEST<br>MECHANICSBURG, PA 17050 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: November 20, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com